ORIGINAL

FILED
MAY 17 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

RECEIVED
MAY 17 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

In Re: ) Chapter 13
)
ERIBERTO GOMEZ ZAIDE ) Case No. 06-50481 ASW
)
FE A ZAIDE ) **NOTICE OF UNCLAIMED DIVIDEND**
)
   Debtors )
)

The final dividend to Creditor, TRIAD FINANCIAL CORPORATION in the above entitled matter was returned marked: RETURN TO SENDER - ACCT CLOSED

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $214.50 as an unclaimed dividend.

Claim # 10005   TRIAD FINANCIAL CORPORATION
                DEPT CH 10104
                PALATINE, IL 60055-0104

Dated: May 13, 2011                             _____
                                                DEVIN DERHAM-BURK, TRUSTEE

CHAPTER 13 TRUSTEE
P.O. BOX 50013
SAN JOSE, CA 95150-0013

TRIAD FINANCIAL CORPORATION
DEPT CH 10104
PALATINE, IL 60055-0104

RECEIVED
NOV 0 8 2010
DEVIN DERHAM-BURK
TRUSTEE CHAPTER 13

RETURN TO SENDER



UNITED STATES POSTAGE
MAILED FROM ZIP CODE 950
$00.44
OCT 14 20
PITNEY BOWES
02 1M
000 4264685